# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2500
_____

United States of America

*Plaintiff - Appellee*

v.

Joshua Gunnar Olson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: May 6, 2024
Filed: May 14, 2024
[Unpublished]
_____

Before BENTON, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Joshua Olson appeals the determination that he is not mentally competent to stand trial on carjacking and firearms charges and must be temporarily committed to the custody of the Attorney General. *See* 18 U.S.C. § 4241(d). A magistrate judge[1]

---

[1]The Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota.

issued the order and the district court[2] overruled Olson's objections because the findings were not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Although he now argues that the court should have reviewed the competency determination de novo, we conclude that he forfeited his challenge to the magistrate judge's authority and any error was not "clear or obvious." *United States v. Pirani*, 406 F.3d 543, 550 (8th Cir. 2005) (en banc) (summarizing plain-error review). Nor can he get relief on any other issues raised in the briefs. We accordingly affirm the district court's order. *See* 8th Cir. R. 47B.

_____

_____

[2]The Honorable David S. Doty, United States District Judge for the District of Minnesota.